# EXHIBIT A

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
## ABSTRACT OF JUDGMENT
### FOR COMMITMENT TO STATE PRISON

THE PEOPLE OF THE STATE OF CALIFORNIA
PLAINTIFF

VS

PABLO JULIAN AGRIO
DEFENDANT

DATE: MAY 5, 1989
CASE NUMBER: CR 95364
PRESENT

TERRY B. O'ROURKE
JUDGE OF THE SUPERIOR COURT

Edwin L. Miller, Jr., District Attorney

By   CRAIG ROOTEN                                DEPUTY

EDMUNDO ESPINOZA
COUNSEL FOR DEFENDANT

MARIE J. ERVIN
CLERK

JANICE SHULAK
REPORTER

[ ] PROBATION HAVING HERETOFORE GRANTED AND SAID PROBATION HAVING BEEN REVOKED ON
[X] APPLICATION FOR PROBATION IS DENIED.   THE DEFENDANT IS DULY ARRAIGNED) (WAIVES FORMAL ARRAIGNMENT).

Count No. One                                                                  . WHEREAS THE SAID DEFENDANT ON HIS PLEA
of  not guilty                                                                                                                 having
(GUILTY, NOT GUILTY, FORMER CONVICTION OR ACQUITTAL, ONCE IN JEOPARDY, NOT GUILTY BY REASON OF INSANITY)

been convicted by  the jury  of  Murder in the Second Degree
(THE COURT OR JURY)           (DESIGNATION OF CRIME AND DEGREE IF ANY, INCLUDING FACT THAT IT CONSTITUTES A SECOND OR SUBSEQUENT, IF THAT AFFECTS THE SENTENCE)

IN VIOLATION OF  Penal Code Section 187(a)
(REFERENCE TO CODE OR STATUTE, INCLUDING SECTION AND SUBSECTION THEREOF, IF ANY VIOLATED.)

YEAR CRIME COMMITTED IS  88
THE DEFENDANT IS CREDITED FOR TIME SPENT IN CUSTODY,  73  TOTAL DAYS, INCLUDING:
ACTUAL LOCAL TIME  49  PC 4019(b) CREDIT  24 , STATE INSTITUTIONS TIME  0 .

THE COURT FINDS:      (*IF NO FINDING MADE, ENTER "NO FINDING MADE")
*    NO FINDING MADE   . THE DEFENDANT _____ ARMED WITH A DEADLY WEAPON AT THE TIME OF HIS COMMISSION
                                        (WAS OR WAS NOT)
OF THE OFFENSE WITHIN THE MEANING OF  Sections 969c and 12022 of the Penal Code.
*                                    . THE DEFENDANT    DID    . A FIREARM IN HIS COMMISSION OF THE OFFENSE WITHIN THE MEANING
                                                      (USED OR DID NOT USE)
OF  Sections 969d and 12022.5  OF THE Penal Code.
*    NO FINDING MADE   . THE DEFENDANT _____ ARMED AT THE TIME OF HIS COMMISSION OF THE OFFENSE WITHIN THE
                                        (WAS OR WAS NOT)
MEANING OF  Section 1203 of the Penal Code and that weapon was

CR-36 CO. CLK. (2/79)

COPY

THE DEFENDANT HAS HAD PRIOR FELONY CONVICTIONS AS FOLLOWS:

| DATE | COUNTY AND STATE | CRIME | DISPOSITION |
|---|---|---|---|

It is therefore ordered, adjudged and decreed that the defendant be punished by imprisonment in the State Prison of the State of California for the term prescribed by law. It is ordered that the sentences shall be served in respect to one another as follows (CC or CS):

> As to PC 12022.5 enhancement, the Court sentences the defendant, PABLO JULIAN AGRIO, to two years (2) consecutive, for a total sentence of 17 years to life.

and in respect to any prior incompleted sentence(s) as follows (CC or CS):

It is further ordered that the defendant be remanded to the Sheriff of the County of San Diego; and pursuant to the aforesaid judgment, this is to command you, the Sheriff to deliver the defendant into the custody of the Director of Corrections of the State of California at the California Institution for Men at Chino, California at your earliest convenience.

The Court( DID ) instruct the defendant of his right to appeal in accordance with Rule 250, California Rules of Court.
did/did not

I certify the foregoing to be a true and correct abstract of the Judgment made and entered on the minutes of the Superior Court herein.

Dated: MAY 5, 1989

ROBERT D. ZUMWALT, COUNTY CLERK

By _____Marie Ervin_____ Deputy
MARIE J. ERVIN

_____
JUDGE OF THE SUPERIOR COURT

TERRY B. O'ROURKE

REPORT—INDETERMINATE SENTENCE,
OTHER SENTENCE CHOICE

FORM CR 291

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO _____

COURT I.D.  3 7 _ _ _ _     BRANCH _____

PEOPLE OF THE STATE OF CALIFORNIA versus  [X] PRESENT   [ ] NOT PRESENT
DEFENDANT: PABLO JULIAN AGRIO
AKA:

CASE NUMBER(S)
CR 95364 - A
_____ - B
_____ - C
_____ - D
_____ - E

REPORT TO JUDICIAL COUNCIL OF: [XX] INDETERMINATE SENTENCE TO STATE PRISON   [ ] SENTENCE CHOICE OTHER THAN STATE PRISON

| DATE OF HEARING (MO)(DAY)(YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 05 / 05 / 89 | 026 | TERRY B. O'ROURKE | MARIE J. ERVIN |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| JANICE SHULAK | CRAIG ROOTEN | EDMUNDO ESPINOZA | TERRY GAUGHEN |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
   A. [ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT _____

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO DAY YEAR) | CONVICTION BY (JURY TRIAL / COURT TRIAL / PLEA) | 654 STAY | 12022(a) | 12022(b) | 12022.3(a) | 12022.3(b) | 12022.5 | 12022.6(a) | 12022.6(b) | 12022.7 | 12022.8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187(a) | MURDER, 2nd Deg. | 88 | 04 07 89 | X (Jury) | | | | | | X | | | | |

2. A. Number of prior prison terms charged and found

| SECTION | NUMBER |
|---|---|
| 667.5(a) | 0 |
| 667.5(b) | 0 |
| 667.6(b) | 0 |

B. Number of prior felony convictions

| SECTION | NUMBER |
|---|---|
| 667.6(a) | 0 |

3. [ ] Defendant was sentenced to death on counts _____, _____, _____, _____, _____.
4. [X] Defendant was sentenced to State Prison:
   A. [X] For life, or a term such as 15 or 25 years to life, with possibility of parole, on counts __1__ plus 2 years for
   B. [ ] For life without the possibility of parole on counts _____, _____, _____. enhancement = total term
   C. [ ] For other term prescribed by law on counts _____, _____, _____, _____. of 17 years to life.
5. [ ] Counts _____, _____, _____, _____, were deemed misdemeanors.
   A. [ ] Defendant sentenced to _____ days in county jail for all counts.
   B. [ ] Defendant fined in sum of $ _____.
6. [ ] For counts _____, _____, _____, _____, the defendant was placed on probation.
   A. (1) [ ] Sentence pronounced and execution of sentence was suspended; or
      (2) [ ] Imposition of sentence was suspended.
   B. Conditions of probation included [ ] Jail Time _____ days    [ ] Fine
7. Other dispositions
   A. [ ] Defendant was committed to California Youth Authority.
   B. [ ] Proceedings suspended, and defendant was committed to California Rehabilitation Center.
   C. [ ] Proceedings suspended, and defendant was committed as a Mentally Disordered Sex Offender.
   D. [ ] Proceedings suspended, and defendant was committed as mentally incompetent.
   E. [ ] Other (Specify) _____

NOTE: PURSUANT TO ARTICLE VI, SECTION 6 OF THE CALIFORNIA CONSTITUTION AND SECTION 68505 OF THE GOVERNMENT CODE, THE CHIEF JUSTICE REQUIRES THAT EACH SUPERIOR COURT SHALL COMPLETE THIS FORM FOR EACH INDETERMINATE SENTENCE TO STATE PRISON OR SENTENCE CHOICE OTHER THAN STATE PRISON. THE REPORTS IMPLEMENT SECTION 1170.4 OF THE PENAL CODE AND SHALL BE MAILED TO: ADMINISTRATIVE OFFICE OF THE COURTS, 350 McALLISTER, 3200 STATE BUILDING, SAN FRANCISCO, CALIFORNIA 94102

| DATE | SIGNATURE OF CLERK | |
|---|---|---|
| MAY 9, 1989 | Marie J. Ervin | MARIE J. ERVIN |

REPORT—INDETERMINATE SENTENCE, OTHER SENTENCE CHOICE
FORM CR 291 (10/1/81)

Const., Art. VI, § 6
Pen C. 1170.4, 1170.6

WHITE COPY TO ADMINISTRATIVE OFFICE OF THE COURTS

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

SDS

MAY - 5 1989
BY MARIE ERVIN DEPUTY

CR CR95354   DA B3478207

DATE 05-05-89   09:00   AT 88131857 M   PROB HEAR-SENTENCING

PRESENT: HON. TERRY B. O'ROURKE   JUDGE PRESIDING DEPARTMENT 026

CLERK Marie Ervin   REPORTER Janice Shulak

THE PEOPLE OF THE STATE OF CALIFORNIA
VS
Craig Rooten
DEPUTY DISTRICT ATTORNEY

AGRID   PABLO   J   F. ESPINOZA
DEFENDANT   ATTORNEY FOR DEFENDANT (APP'T'D/RETAINED)

Terry Gaughen P.O.

VIOLATION OF *PC187

DEFENDANT ☒ PRESENT ☐ ARRAIGNED FOR JUDGMENT ☒ WAIVES ARRAIGNMENT
☐ DEFENDANT ADVISED OF RIGHTS AND (ADMITS/DENIES) A VIOLATION OF PROBATION. ☐ WAIVES HEARING
PROBATION IS: ☒ DENIED ☐ REVOKED ☐ REINSTATED ☐ CONTINUED ☐ MODIFIED ☐ GRANTED ___ YEARS (FORMAL/SUMMARY)

☐ IMPOSITION OF SENTENCE IS SUSPENDED. ☐ DEFENDANT SENTENCED TO STATE PRISON, EXECUTION STAYED (SEE BELOW FOR TERM).

**PROBATION**
CONDITIONS OF PROBATION INCLUDE, BUT ARE NOT LIMITED TO:
☐ COMMITMENT TO SHERIFF FOR ___ DAYS. ☐ ADULT INSTITUTIONS RECOMMENDED. ☐ PAROLE NOT TO BE GRANTED.
☐ FINE OF $___ INCLUDING PENALTY ASSESSMENT AT $___ PER MONTH, COMMENCING ___ THROUGH REVENUE AND RECOVERY.
☐ RESTITUTION OF $___ TO VICTIM/RESTITUTION FUND AT $___ PER MONTH, COMMENCING ___ THROUGH REVENUE AND RECOVERY.
☐ RESTITUTION/FINE OF $___ PER GC 13967, STAYED PER PC 1202.4(b).
☐ PARTICIPATION IN COMMUNITY SERVICES PROGRAM IN LIEU OF RESTITUTION.
☐ FOURTH AMENDMENT WAIVER OF PERSON/AUTO/RESIDENCE/PERSONAL EFFECTS.
☐ REGISTRATION PER PC 290/H&S 11590.

**STATE COMMITMENT**
☒ DEFENDANT IS COMMITTED TO DEPARTMENT OF CORRECTIONS FOR ~~LOWER/MIDDLE/UPPER~~ TERM OF 15 YEARS.
(SEE BELOW FOR ADDITIONAL COUNTS) ~~COUNT~~ TO LIFE
☐ DEFENDANT IS COMMITTED TO CALIFORNIA YOUTH AUTHORITY. ☐ PER W&I 707.2 ☐ PER W&I 1737
(SEE BELOW FOR FINDINGS)   Count One
☒ DEFENDANT IS ADVISED OF APPEAL RIGHTS ☐ DEFENDANT IS ADVISED REGARDING PAROLE

CREDIT FOR TIME SERVED
49 DAYS LOCAL
___ DAYS STATE INST.
24 DAYS PC 4019
73 TOTAL DAYS CREDIT

**CUSTODY STATUS**
DEFENDANT REMAINS AT LIBERTY:
☐ ON BOND POSTED $___
☐ ON OWN RECOGNIZANCE
☐ ON PROBATION

DEFENDANT REMANDED TO CUSTODY:
☒ WITHOUT BAIL
☐ WITH BAIL SET AT $___

plus 2 years for use of firearm under PC 12022.5

☐ DEFENDANT ORDERED RELEASED FROM CUSTODY   TOTAL TERM: 17 YEARS TO LIFE

**FUTURE HRNGS**
☐ DEFENDANT WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT
___ CONTINUED TO/SET FOR ___ AT ___ M IN DEPT. ___ ON MOTION OF
COURT/DDA/DEFENDANT/PROBATION OFFICER. REASON:
☐ DEFENDANT REFERRED FOR DIAGNOSTIC EVALUATION PER PC 1203.03. FURTHER HEARING SET FOR ___ AT ___ M IN DEPT. ___

**BONDS / WRNTS**
☐ BENCH WARRANT TO ISSUE, BAIL SET AT $___. SERVICE WITHHELD TO ___.
☐ BENCH WARRANT, ISSUED ___ IS RECALLED.
☐ BOND FORFEITED. BOND AMOUNT ___. BOND NO. ___. BOND COMPANY ___. AGENT ___
☐ BOND IS EXONERATED.

**MH**
☐ PROCEEDINGS SUSPENDED PER: ☐ PC 1368, MENTAL COMPETENCY. (SEE BELOW FOR DATES OF EXAMINATION AND HEARING.)
☐ W&I 3051 ADDICTION OR DANGER OF ADDICTION. (SEE BELOW FOR DATE OF SERVICE OF PETITION AND ORDER.)

OTHER: ☐ REFERRED TO DEPT. OF REVENUE AND RECOVERY   ☐ REPORT TO REGISTRAR OF VOTERS   ☐ DMV ABSTRACT

Defendants' Motion for New Trial is denied by the Court. Defendants' Motion to Reduce Offense is denied by the Court. Defendants' Motion for Bail pending Appeal is denied by the Court. Reporter ordered to prepare transcript of proceedings. Deft advised re computation of credits for time served. Terry B. O'Rourke

DATED: MAY 5 1989

PRONOUNCEMENT OF JUDGMENT — ORDER   TERRY B. O'ROURKE   JUDGE OF THE SUPERIOR COURT

CR-02B (9-87)