AGRIO E17284
P.O. Box 689  Z-130U
Soledad, CA 93960-0689

SAN JOSE CA 951

03 APR 2008 PM 6 T



LEGAL MAIL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CA 95113-3095

95113300  C060

